the case as moot.  See *United States* v. *Munsingwear, Inc.*, 340 U. S. 36 (1950).

No. A–334.  WEINSTEIN ET AL. *v.* STARR ET AL.  Application for injunctive relief, addressed to JUSTICE SCALIA and referred to the Court, denied.

No. A–336.  MARITIME OVERSEAS CORP. *v.* ELLIS.  Sup. Ct. Tex.  Application for stay, addressed to JUSTICE O'CONNOR and referred to the Court, denied.

No. D–1941.  IN RE DISBARMENT OF HUBER.  Disbarment entered.  [For earlier order herein, see 523 U. S. 1069.]

No. D–1973.  IN RE DISBARMENT OF FALICK.  Disbarment entered.  [For earlier order herein, see 524 U. S. 949.]

No. D–2008.  IN RE DISBARMENT OF MOORE.  Theron Monroe Moore, of Norcross, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. D–2009.  IN RE DISBARMENT OF GLEAN.  Michael Anthony Glean, of Smyrna, Ga., is suspended from the practice of law in this Court, and a rule will issue, returnable within 40 days, requiring him to show cause why he should not be disbarred from the practice of law in this Court.

No. M–27.  MASON *v.* SECURITIES AND EXCHANGE COMMISSION ET AL.  Motion to direct the Clerk to file petition for writ of certiorari out of time denied.

No. 97–9361.  JONES *v.* UNITED STATES.  C. A. 5th Cir.  [Certiorari granted, *ante*, p. 809.]  Motion of petitioner for appointment of second counsel denied.

No. 98–184.  WYOMING *v.* HOUGHTON.  Sup. Ct. Wyo.  [Certiorari granted, 524 U. S. 983.]  Motion for appointment of counsel granted, and it is ordered that Donna D. Domonkos, Esq., of Cheyenne, Wyo., be appointed to serve as counsel for respondent in this case.